A. GORDON HAMMERSLEY et al., Respondents, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellants.

WILLIAM P. DOUGLAS, Respondent, *v.* THE SAME, Appellants.

These cases were argued and decided with *Schuchardt* v. *The Mayor, etc.,* (*ante,* p. 202).

ELISE MAGNIN et al., Appellants, *v.* WILLIAM P. DINSMORE, President, etc., Respondent.

(Argued October 8, 1873; decided October 10, 1873.)

*C. Bainbridge Smith* for the appellants.

*Charles M. Da Costa* for the respondent.

Agree to reversal of judgment.